No. 250. EVELYN P. FERRY *v.* HENRY L. CORBETT ET AL. Appeal from the Circuit Court of Appeals for the Ninth Circuit. Submitted March 20, 1922. Decided April 10, 1922. Decree affirmed with costs, and cause remanded to the District Court of the United States for the District of Oregon, per stipulation of counsel that this case abide decision in case No. 177, *ante,* 314. *Mr. Charles Haldane* for appellant. *Mr. Joseph Simon* for appellees.

No. 555. OGDEN PORTLAND CEMENT COMPANY *v.* PUBLIC UTILITIES COMMISSION OF UTAH;

No. 556. UNION PORTLAND CEMENT COMPANY *v.* PUBLIC UTILITIES COMMISSION OF UTAH; and

No. 574. UTAH IDAHO CENTRAL RAILROAD COMPANY *v.* PUBLIC UTILITIES COMMISSION OF UTAH. Error to the Supreme Court of the State of Utah. Motion to affirm submitted March 27, 1922. Decided April 10, 1922. *Per Curiam.* Affirmed upon the authority of *Union Dry Goods Co.* v. *Georgia Public Service Corporation,* 248 U. S. 372, 375–376; *Producers Transportation Co.* v. *Railroad Commission of California,* 251 U. S. 228, 232. *Mr. C. R. Hollingsworth, Mr. Hiram H. Henderson* and *Mr. J. A. Howell* for plaintiffs in error. *Mr. Henry H. Cluff, Mr. C. C. Parsons* and *Mr. John F. MacLane* for defendant in error.

No. 198. JULIA LAMERE MICKADIET ET AL. *v.* ALBERT B. FALL, SECRETARY OF THE INTERIOR. Error to the Court of Appeals of the District of Columbia. Submitted March 24, 1922. Decided April 10, 1922. *Per Curiam.* Affirmed upon the authority of *Lane* v. *Mickadiet,* 241 U. S. 201. *Mr. Edward F. Colladay, Mr. Harry S. Barger, Mr. Howard Saxton, Mr. P. H. Marshall* and *Mr. B. B. Pettus* for plaintiffs in error *Mr. Solicitor General Beck* and *Mr. Blackburn Esterline* for defendant in error